IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD DAVID MALONE, #175140, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:09cv217-TMH |
| ) | (WO) |
| LOUIS BOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On September 4, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 27).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the plaintiff's motion to dismiss be and is hereby GRANTED.  It is further

ORDERED that this case be and is hereby DISMISSED without prejudice and no costs be and are hereby taxed.

Done this the 25th day of September 2009

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE